**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01539-CR

**MORRIS WAYNE SIMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-54622-Q**

## ORDER

The Court **GRANTS** court reporter Marissa Garza's April 5, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Garza to file the record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, Official Court Reporter, 204th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
          JUSTICE